UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION ) <br> LABORERS WELFARE FUND, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ZUFALL & SONS, INC., ) <br> ) <br> Defendant. ) | Case # 4:12CV00911 SNLJ |

## MOTION FOR RULING PURSUANT TO CJRA

As required by the CJRA Plan, plaintiffs hereby notify the Court that their Motion for Summary Judgment, filed on January 29, 2013, has been has been pending for more than sixty (60) days without ruling.  Plaintiffs respectfully request that the Court grant plaintiffs' motion and grant them the relief requested in the motion.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri 63105
Tel:    (314) 727-1015
Fax:   (314) 727-6804
jmartin@hammondshinners.com

         /s/ Janine M. Martin
JANINE M. MARTIN, #55240

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 7, 2013, the foregoing was filed electronically with the Clerk of the Court for service upon all users of the ECF system, including:

        Andrew J. Martone
        Richard P. Perkins
        Matthew B. Robinson
        1650 Des Peres Road, Suite 200
        St. Louis, Missouri 63131

                                                          /s/ Janine M. Martin